# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Virginia



FILED
AUG 3 1 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 2:22-mj-197 |
| Pierre De Romeo Smith | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of <u>May 2022, in</u> the city of Norfolk, in the <u>Eastern District of Virginia,</u> the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591 | Sex Trafficking of a Minor or by Force, Fraud or Coercion |
| 21 U.S.C. §§ 841, 846 | Conspiracy to Commit Drug Trafficking |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet. (Please see attached Affidavit.)

Reviewed by AUSA/SAUSA:

/s/
E. Rebecca Gantt
*Assistant United States Attorney*

John R. Thomas
Department of Homeland Security Investigations
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: August 31, 2022

City and state: Norfolk, Virginia

*Judge's signature*

Robert J. Krask  Magistrate Judge
*Printed name and title*