Honorable Elizabeth W. Haynes  United States District Judge
United States District Court
600 Granby Street
Norfolk, VA 23510

Dear Judge Haynes,

I am writing to you on behalf of my brother, Pierre Smith, who is currently before you. I appreciate your time in considering this letter, and I hope to convey Pierre as a person truly deserving of a second chance.

Pierre and I have always shared a close bond, and I have witnessed firsthand his journey through life. Growing up, Pierre was a compassionate and diligent individual who always strived to make those around him feel supported and cared for. Despite facing numerous challenges, Pierre's inherent kindness and willingness to help others have always shone through.

In recent times, Pierre has shown remarkable growth and determination to turn his life around. He has been an active father engaged in self-improvement. He has also rekindled his passion for mentoring and positive leadership which has been instrumental in his life.

He is actively working on becoming a better person and has demonstrated a sincere dedication to making positive contributions to his community. I genuinely believe that, given a second chance, Pierre will thrive and use his experiences to mentor others who might be facing similar struggles.

Your Honor, I respectfully ask you to consider Pierre's children, his efforts towards personal growth, and his potential for a positive future when making your decision. He is surrounded by a supportive family and community ready to help him succeed and ensure he stays on the right path.

Thank you for your time and consideration.


Sincerely,


TeWanda Ngoran

~~3740 Market Street~~
San Diego, CA 92114



DEFENDANT'S EXHIBIT 1

The Hon. Elizabeth W. Hanes, United States District Judge
United States District Court
Walter E. Hoffman U.S. Courthouse
600 Granby St.
Norfolk, Va 23510

Re: Pierre DeRomeo Smith

Dear Judge Hanes,

Hi! My name is DeShannon Goddard, and I am writing this letter on behalf of Pierre DeRomeo Smith. I have known Pierre since April 8, 2012, and I consider him to be one of my very few friends. We were in a relationship for nearly eight years, and I love him now as much as I did when we started a relationship. I would like to say that I've always known Pierre to be caring, loving and empathetic towards others. When I met Pierre, I was a single mother to a six year old son. He instantly stepped into a father role with my son. He attended several parent teacher conferences with me, and countless school functions. Pierre spent plenty of evenings helping my son with homework and class projects. Pierre is a very disciplined man, and I truly feel like some of that is instilled in my son to this day. Upon meeting Pierre, my grandma would always comment on how quiet and mysterious Pierre is, but she loves him. My grandma admired the fact that he was a family man.

He always made me feel safe and secure, like everything would always be okay. I've always known Pierre to have a very calm demeanor. Over the years, Pierre would never engage in arguments with me that I would attempt to start behind really petty matters. He would shut down, and not talk to me until I decided to change my approach. I specifically remember that he was never the type to raise his voice, and effortlessly remained calm. Many times it came across as being very nonchalant, but over the years I realized that it's just how he is. I definitely feel like him having this characteristic in turn taught me to be a more effective communicator. He is just cool, calm, and always seems to be collected. I feel like sometimes when life would get the best of me, Pierre always seemed to know the appropriate things to say to make me feel better. I would often joke with him about the fact that he should have been a motivational speaker. Pierre's optimistic take on life is honestly one of the things I admire most about him to this day. Regardless of the circumstances, Pierre never seemed to lose hope. I've always felt like he is a conqueror of life, and I still hope to have that quality someday myself.



I've just always known Pierre to be an amazing man. I feel as if he is a man of integrity, generosity, and he always prioritized his family. I can recall of the good times we had hanging out with my son. We were like three kids having fun together. One of Pierre's favorite things to do was visit the aquarium, and my son would often ask how many times are we going to watch the same fish swim. Although our relationship ended, I always want to be Pierre's friend in some capacity. There were plenty of times that my grandma would call me and say that she'd just sat at her kitchen table for hours with Pierre, long after our relationship ended. I just know Pierre to be a loving man that always aspired to be great. There's so much more that I could say about Pierre, but I hope I've provided some insight as to the person I've known him to be. Thank you Judge Hanes for taking your time to read my letter.

Sincerely,
DaShawon Goddard
~~[address redacted]~~
Norfolk, VA 23509
5/24/24

Honorable Elizabeth W. Haynes  United States District Judge
United States District Court
600 Granby Street
Norfolk, VA 23510

Dear Honorable Judge Haynes,

My name is Monique Dunnington, and I am writing to you regarding my long-time friend, whom I consider a brother. I have known him for many years, and the godfather to my children, and throughout this time, he has consistently demonstrated qualities of kindness, responsibility, and integrity.

While I understand the seriousness of the matter before the court, I respectfully ask for your leniency in considering his character and the positive impact he has had on those around him. He has always been a supportive friend and a dedicated member of our community, contributing in many ways that often go unnoticed.

I believe he has the potential to learn and grow from this experience and continue to be a constructive and positive influence. Thank you for your time and consideration.

Sincerely,

Monique Dunnington

5/23/2024

Dear Judge. My god Dad is thoughtful, Loveing, careing Loveing to me. I miss he so much. For Back to school he surprise me with some new shoes and clothes.

he is the Best god Dad ever. ♡ he Do so much For me. ♡

Love

~~████~~ ♡